513 A.2d 1380

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Ricky D. PINKINS.**

Supreme Court of Pennsylvania.

Aug. 18, 1986.

Petition for Allowance of Appeal GRANTED, No. 61 W.D. Appeal Docket 1986.